IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-02440-WYD-KLM

KEVIN WILLIAMS,

    Plaintiff,

v.

Former or Current Denver Police Department Officers
DANIEL WHITE
DAVID CLOUGH, and
JOHN KORHEL, in their individual and official capacities,
GERALD R. WHITMAN, Chief, Denver Police Department, in his individual and official capacities,
ALAN LACABE, Manager of Public Safety for the City & County of Denver, in his individual and official capacities,
WILLIAM LOVINGIER, Director of Corrections and Undersheriff for the City & County of Denver, in his individual and official capacities, and
THE CITY AND COUNTY OF DENVER,

    Defendant(s).
_____

## MINUTE ORDER
_____
**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on Luis Corchado's **Unopposed Motion to Withdraw** [Docket No. 16; Filed January 29, 2009] (the "Motion").

    IT IS HEREBY **ORDERED** that the Motion is **GRANTED**. Attorney Luis Corchado is relieved of any further representation of Defendants Gerald R. Whitman and William Lovingier in the above captioned matter. The Clerk's Office is instructed to terminate Luis Corchado from the electronic certificate of mailing.

    Dated: January 29, 2009