IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Chief Judge Wiley Y. Daniel**

Civil Action No. 08-cv-02440-WYD-KLM

KEVIN WILLIAMS,

    Plaintiff,

v.

THE CITY AND COUNTY OF DENVER,

    Defendant.

## ORDER OF DISMISSAL WITH PREJUDICE

THIS MATTER comes before the Court by stipulation. The Court having reviewed the stipulation, it is hereby

ORDERED that the Stipulation and Motion to Dismiss with Prejudice [doc. #35, filed March 23, 2009] is **GRANTED** and Defendant City and County of Denver is **DISMISSED WITH PREJUDICE**. Because the other Defendants in this case were dismissed with prejudice by stipulation on March 19, 2009 [doc. #34] and pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), this case is now **DISMISSED WITH PREJUDICE** in its entirety, each party to bear his or its own attorney's fees and costs.

    Dated: March 24, 2009

                      BY THE COURT:

                      s/ Wiley Y. Daniel
                      Wiley Y. Daniel
                      Chief United States District Judge